UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

REBECCA E. JOHANSEN                                                      PLAINTIFF

VS.                                             CIVIL ACTION NO. 3:10cv87-DPJ-FKB

CHRISTOPHER KIDDY                                                       DEFENDANT

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court on the joint motion [8] of Plaintiff, Rebecca E. Johansen, and Defendant, Christopher Kiddy, to dismiss this case for lack of jurisdiction. The Court finds said motion is well-taken and that same should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case be, and hereby is, dismissed for lack of subject matter jurisdiction.

**SO ORDERED AND ADJUDGED** this the 3rd day of June, 2010.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE